```
 1  JERRY NAMBA, SBN 120117
    625 E. CHAPELSTREET
 2  SANTA MARIA, CA 93454
    (805) 922-2575
 3

 4  Chapter 7 Trustee

 5

 6                    UNITED STATES BANKRUPTCY COURT

 7                    CENTRAL DISTRICT OF CALIFORNIA

 8                          NORTHERN DIVISION

 9

10  In Re                          Case No. 9:07-BK-11015 RR

11     EDWARD T. ROSS              NOTICE OF UNCLAIMED

12                 Debtor(s).      DIVIDEND(S)

13                                 (FRBP 3011)

14                                 [NO HEARING REQUIRED]

15

16

17  TO JON D. CERRETO, CLERK OF THE U.S. BANKRUPTCY COURT:

18       Please find annexed hereto Check No. 113 in the sum of

19  $288.68 representing the total amount of unclaimed dividend(s) in

20  the above-entitled debtor's estate which will create a zero

21  balance in the bank account.  Said sum is paid over to you

22  pursuant to Bankruptcy Rule 3011.  A list of the name(s),

23  address(es), and amount(s) to be paid to each creditor entitled

24  to said unclaimed dividend is attached.

25

26  Dated: May 12, 2011

27                                          _____
28                                          Jerry Namba, Trustee
```

-1-

## LIST OF UNCLAIMED DIVIDEND(S)
## EDWARD T. ROSS (9:07-bk-11015 RR)

1.    CHEVRON                           CLAIM NO. 00003      $288.68
     P.O. BOX 5010
     CONCORD, CA 94524

| In re: Edward Ross | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 9:07-bk-11015-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
625 E. Chapel Street
Santa Maria, CA 93454

A true and correct copy of the foregoing document described as  Notice of Unclaimed Dividend
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  5/12/11  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  8/25/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/12/11 | CESAR NAMBA | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1